# Exhibit 2

**EXHIBIT 2: SAGE CRM INFRINGEMENT CLAIM CHART, U.S. PATENT NO. 8,271,315**

| | CLAIM 1 ELEMENTS | SAGE CRM | MATERIALS ETC. |
|---|---|---|---|
| a | A personal information utilization system, | It is a system that uses customer personal information. | See Complaint, ¶ 14 |
| b | a personal information storage means; | You can create and manage targeted email marketing campaigns directly within Sage CRM, using your customer data. … Additionally, you can segment your contacts in Sage CRM and use these segments to craft targeted Mailchimp campaigns.<br><br>Mailchimp audience is where you store and manage all your contact information. It's essentially a central location for your customer data, including email addresses, names, and other information you collect, including purchases. | See Complaint, ¶ 15 |
| c | a communication means; | It is a cloud service and has communication means for app integration and user access. Sage CRM includes communication interfaces enabling data transmission between user terminals (including desktop browsers, mobile interfaces, partner portals, and integrated systems) and backend CRM servers via network connections. | See Complaint, ¶ 16 |
| d | a processor configured for controlling operation of the personal information storage means and the communication means, | Sage CRM includes processors executing CRM software instructions to control the storage, retrieval, searching, comparison, and transmission of personal and product-related information through the system's communication interfaces. You can create and manage targeted email marketing campaigns directly within Sage CRM, using your customer data. Plus, you can view key performance metrics like opens, clicks, and | See Complaint, ¶ 17 |

**EXHIBIT 2: SAGE CRM INFRINGEMENT CLAIM CHART, U.S. PATENT NO. 8,271,315**

| | | | |
|---|---|---|---|
| | | bounces right in Sage CRM. <ul><li>Set up email campaigns that survey your customers</li><li>Track the responses to customer surveys in Sage CRM</li></ul> | |
| e | said personal information storage means storing personal information of a plurality of information disclosing persons and storing first commodity provision information pertaining to a first commodity provided to at least one of the plurality of information disclosing persons by a first commodity provider; | <ul><li>Send campaigns to segments of your mailing list</li><li>Create and share call lists based on responses to your campaigns</li></ul> Sage CRM stores personal information of multiple individuals ("information disclosing persons"), including prospects, leads, contacts, and customers associated with sales opportunities and accounts. Sage CRM stores information relating to products and services ("commodities") provided to customers, including sales orders, opportunity records, subscription details, service contracts, invoices, and historical purchase data associated with specific individuals or accounts. The entity that initially provides such products or services constitutes a "first commodity provider." | See Complaint, ¶ 18 |
| f | the processor further configured for: | It is a cloud service, and the processes are executed by a processor. | See Complaint, ¶ 17 |
| g | a) receiving second commodity provision information from a second commodity provider that is different than the first commodity provider, the second commodity provision information received from an information search side terminal via said communication means, the second commodity provision information including at least one of an attribute of the first commodity or information pertinent to providing the first commodity; | A lead represents unqualified information that you have received from, for example, your corporate Web site, trade shows, and purchased mailing lists. Sage CRM receives product or service information from different sellers, resellers, partners, distributors, or distinct sales organizations operating within or through the Sage CRM environment. Such entities constitute "second commodity providers" different from the first commodity provider, including channel partners and third-party sellers using Sage CRM to identify and engage customers. | See Complaint, ¶ 19 |

2

**EXHIBIT 2: SAGE CRM INFRINGEMENT CLAIM CHART, U.S. PATENT NO. 8,271,315**

| | | | |
|---|---|---|---|
| h | b) checking said received second commodity provision information against the first commodity provision information; | Once you create a lead, a **Possible Company Match** message is displayed if the company details you entered seem to already exist in Sage CRM. If your lead has a company match, you can link the raw lead details to the Company record. This provides you with a valuable source of information on the company you're dealing with, which may assist in the lead qualification process. Sage CRM compares received product or service information against stored sales histories, purchase records, service agreements, installed products, and opportunity data to determine matches, overlaps, or eligibility relationships. | See Complaint, ¶ 20 |
| i | c) identifying, as a result of said checking, at least one specific information disclosing person from the plurality of information disclosing persons, the at least one specifically identified information disclosing person associated with said first commodity provision information, said identifying by using the second commodity provision information as a key such that the second commodity provision information at least partially coincides with the first commodity provision information; | See (g) and (h) above. Based on the comparison, Sage CRM identifies specific individuals, e.g., named contacts, customers, or decision-makers, associated with matching or relevant product or service information. Sage CRM uses product- and service-related information as search keys or filters to identify individuals whose stored purchase histories or service relationships partially or fully coincide with the received commodity information. | See Complaint, ¶ 21 |
| j | d) reading out at least a portion of the personal information of said at least one specifically identified | See (g) and (h) above. Sage CRM retrieves and reads out personal information of the identified individuals, including names, contact details, job roles, and account associations, from its personal information | See Complaint, ¶ 22 |

**EXHIBIT 2: SAGE CRM INFRINGEMENT CLAIM CHART, U.S. PATENT NO. 8,271,315**

| | | | |
|---|---|---|---|
| | information disclosing person from said personal information storage means; | storage means. | |
| k | e) transmitting said read out at least a portion of the personal information to said information search side terminal via the communication means. | See (g) and (h) above. Sage CRM transmits the retrieved personal information to the querying terminal by displaying it through the CRM user interface, exporting it in reports, or delivering it via integrations or APIs using the system's communication means. | See Complaint, ¶ 23 |

4